1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: jthompson@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8                  **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
9

10 SAILIJA STARIA,                          )  **Case No. 2:21-cv-01084-RFB-EJY**
                                            )
11                    Plaintiff,            )
                                            )
12 vs.                                      )  **JOINT STIPULATION FOR**
                                            )  **EXTENSION OF TIME FOR**
13 EQUIFAX INFORMATION SERVICES LLC,        )  **DEFENDANT EQUIFAX**
                                            )  **INFORMATION SERVICES LLC TO**
14                    Defendant.            )  **FILE ANSWER**
                                            )
15                                          )  **SECOND REQUEST**
                                            )
16

17       Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19 no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

20 to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

21
   move or otherwise respond to the Complaint in this action is extended from August 2, 2021 through
22
   and including **September 1, 2021**.  The request was made by Equifax so that the
23

24 //

25 //

26 //

27 //

28

1   parties may have additional time to engage in settlement discussion, and Plaintiff approves.  This

2   stipulation is filed in good faith and not intended to cause delay.

3          Respectfully submitted, this 30th day of July, 2021.

4

5   CLARK HILL PLLC

6   By: /s/ Jeremy J. Thompson, Esq.
    Jeremy J. Thompson
7   Nevada Bar No. 12503
    3800 Howard Hughes Pkwy,
8   Suite 500
    Las Vegas, NV 89169
9   Tel: (702) 862-8300
    Fax: (702) 862-8400
10  Email: jthompson@clarkhill.com

11
    *Attorney for Defendant Equifax Information*
12  *Services LLC*

13

14

15

16

17  IT IS SO ORDERED:

18

19  _____
    United States Magistrate Judge
20
    DATED:  July 30, 2021
21

22

23

24

25

26

27

28

*No opposition*

 /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*