David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SAILIJA STARIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUFIAX INFORMTION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01084-RFB-EJY<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

## **STIPULATION**

Plaintiff Sailija Staria and Defendant Equifax Information Services, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: November 19, 2021

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Jeremy J. Thompson, Esq.<br>Jeremy J. Thompson, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes<br>Parkway Suite 500<br>Las Vegas, Nevada 89169<br>*Attorney for Defendant* |
|---|---|---|---|

**ORDER**

IT IS SO ORDERED

_____
RICHARD E. BOULWARE, II
United States District Court
DATED this 22nd day for November, 2021.